```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
       MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JERRY "VIRGIL" HUNTER,     )
                           )
     Plaintiff,            )
                           )       CIVIL ACTION NO.
     v.                    )         2:15cv632-MHT
                           )              (WO)
BIG DADDY FOODS, INC.,     )
                           )
     Defendant.            )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The parties' joint motion for approval of settlement and dismissal with prejudice (doc. no. 16) is granted, and the settlement is approved, to the extent set out in the opinion (that is, except for sections G and H).

(2) This lawsuit is dismissed with prejudice, with costs taxed as paid.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 9th day of March, 2016.**

                                /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**